# The Law Office of Jeff Chabrowe

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

## MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2024
```

November 12, 2024

Hon. Gregory H. Woods
United States District Court
  Southern District of New York
  Courtroom 12C
500 Pearl St.
New York, NY 10007-1312

      Re:    *U.S. v. Gorazd Filimonovic,* Case No. 1:23-cr-00425-GHW-2
             Letter Motion for Referral to Probation

Dear Judge Woods:

    My office seeks to receive the PSR for the above-listed defendant, who has not been assigned a probation officer. I am informed the PSR for the codefendant is already complete. SDNY Probation informs my office there is a referral document required from the Court before Mr. Filimonovic can be assigned an officer and scheduled for a PSR interview. Probation states this is a different document than the Court's September 18 order referring Defendant for a PSR interview.

    Based on the foregoing, I request this Court issue a referral to probation for the above Defendant.

    Thank you for your time and consideration in this matter.

                                                                    Respectfully submitted,

                                                              */s/ Jeff Chabrowe*

                                                       **Jeffrey Chabrowe, Esq.**
                                                       **Law Offices of Jeffrey Chabrowe**
                                                       521 Fifth Avenue, 17th Floor
                                                       New York, NY 10175
                                                       (917) 529-3921
                                                       jeff@chabrowe.com
                                                       ***Counsel for Defendant Gorazd Filimonovic***

---

Application granted.  The Court has issued a referral to probation for Mr. Filimonovic. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 44.

SO ORDERED.
Dated:  November 20, 2024
New York, New York

                                _____
                                  GREGORY H. WOODS
                                 United States District Judge