USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
      :
UNITED STATES OF AMERICA,      :
      :
      :
    -v-      :    1:23-cr-425-GHW
      :
GORAZD FILIMONOVIC,      :    ORDER
      :
                                 Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A proceeding with respect to Defendant Gorazd Filimonovic will take place on January 6, 2025 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. A representative of the Bureau of Prisons empowered to discuss and resolve any issues related to the conditions of Mr. Filimonovic's confinement and care is ordered to attend the proceeding.

      SO ORDERED.

Dated: December 14, 2024
New York, New York

                                          _____
                                          GREGORY H. WOODS
                                          United States District Judge